|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JEVARIEN ZYMELL DUNLAP,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO,<br><br>    Defendant. | Case No. 25-cv-08144-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jevarien Zymell Dunlap filed this case on September 25, 2025. To date, no proof of service of the summons and complaint has been filed.

Proper service of process is a prerequisite to the Court's exercise of personal jurisdiction over a defendant. Fed. R. Civ. P. 4(k). "'A federal court is without personal jurisdiction over a defendant unless the defendant has been served in accordance with Federal Rule of Civil Procedure 4.'" *Crowley v. Bannister*, 734 F.3d 967, 974–75 (9th Cir. 2013) (quoting *Travelers Cas. & Sur. Co. of Am. v. Brenneke*, 551 F.3d 1132, 1135 (9th Cir. 2009)). "[N]othing in the Federal Rules of Civil Procedure allows a judge to excuse service altogether. Actual notice to the defendant is insufficient; the plaintiff must comply with the directives of Rule 4." *McMasters v. United States*, 260 F.3d 814, 817–18 (7th Cir. 2001) (citation omitted). Pro se parties are not excused from the service requirements of Rule 4. *Brown v. Wachovia Bank*, 244 F.R.D. 16, 19 (D.D.C. 2007) (citing *Clariett v. Rice*, 2005 WL 3211694, at *4 (D.D.C. Oct.18, 2005)).

"If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** Plaintiff to show cause, in writing and no later than January 21, 2026, why this case should not be dismissed for failure to serve within the time required by Rule

4(m).  <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>.  Thus, it is imperative the Court receive a written response by the deadline above.  The January 15, 2026 case management conference is **VACATED**.

The Court encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco.  You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: January 7, 2026

THOMAS S. HIXSON
United States Magistrate Judge